**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

FILED
U.S. District Court
District of Kansas

JUL  1 2019

Clerk, U.S. District Court
By_____Deputy Clerk

IN THE MATTER OF:

Inspection of the workplace
located at and near

Case No. 19-6101-GEB

404 S. Tracy
Wichita, Kansas 67209

under the control or custody of

The Print Source, Inc. d/b/a Blue Frog Printing

**APPLICATION FOR ADMINISTRATIVE SEARCH WARRANT UNDER**
**THE OCCUPATIONAL SAFETY AND HEALTH ACT OF 1970**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Ryan Hodge, Area Director and a duly authorized Compliance Officer of the Wichita Area Office, Occupational Safety and Health Administration, United States Department of Labor, hereby applies for an administrative search warrant, pursuant to section 8(a) of the Occupational Safety and Health Act of 1970, 29 U.S.C.A. §§ 651-678 (West 2012), hereinafter referred to as the Act, for the inspection, investigation and search of the workplace located at 404 S. Tracy, Wichita, Kansas 67209, and described as the workplace where The Print Source, Inc. d/b/a Blue Frog Printing is engaged in commercial printing.

1. This workplace is the place of occupation of employees who are employed by The Print Source, Inc. d/b/a Blue Frog Printing.

2. The authority for issuance of the administrative search warrant is section 8(a) of the Act and Marshall v. Barlow's, Inc., 436 U.S. 307, 98 S.Ct. 1816 (1978).

3. Sections 8(a)(1) and 8(a)(2) of the Act specifically authorize the Secretary of Labor to make inspections and investigations at any reasonable time, at any plant, factory,

establishment, construction site, or other area, workplace or environment where work is performed by an employee of an employer.

4.    Sections 8(a)(1) and 8(a)(2) of the Act are implemented in part by: OSHA Instruction CPL 02-00-160, Field Operations Manual (FOM) (hereinafter CPL 02-00-160), Chapter 2, attached hereto as Exhibit A, and Program Directive 18-01 (CPL 02), Site Specific Targeting 2016 (SST-16) (hereinafter SST-16). SST-16 became effective on October 16, 2018 and is attached hereto as Exhibit B. These instructions and procedures direct the Agency's inspections.

5.    OSHA'S SST program is the main programmed inspection plan for non-construction workplaces that have 20 or more employees and is based on the data received from Injury and Illness information that employers submitted for Calendar Year 2016 under 29 CFR 1904.41. This program helps OSHA achieve its goal of enduring that employers provide safe and healthful workplaces by directing enforcement resources to those workplaces with the highest rates of injuries and illnesses. Ex. B, SST-16, para. IX.A., p. 3. The SST-16 Plan selects individual establishments for inspection based on the required submission of Calendar Year Form 300A data. Ex. B, SST-16, para. IX.B., pp. 3-4.

6.    The Office of Statistical Analysis (OSA) provides establishment information to allow OSHA to create inspection lists of establishments with elevated Days Away, Restricted or Transferred (DART) rate, together with a random sample of establishments that did not provide the required 2016 Form 300A data to OSHA. To verify data accuracy, OSA will include a random sample of low-rate establishments for quality control purposes. Ex. B, SST-16, para. X.A., p. 4. The SST-16 selects individual establishments for inspection based on CY 2016 Form 300A data, to include both high-rate and a random sample of low-rate establishments and a random sample of non-responders establishments. Ex. B, SST-16, para. X.A.1, 2, and 3, p. 4.

7.     In order to schedule inspections, OSHA's Office of Statistical Analysis (OSA) provides each area office with access to software and databases that include establishments on the Inspection List.  Area Offices then generate inspection cycles using the SST software that randomly selects the establishments and determines the cycle size based on available resources and geographic range.  Larger cycles allow greater flexibility in the use of resources, but once initiated, the cycle must be completed.  Within a cycle, the office may schedule and inspect the establishments in any order that makes efficient use of available resources.  Ex. B, SST-16, para. XI.B, p. 5.

8.     Once the Area Office has generated the SST Inspection List, a cycle is generated.  Deletions are then made from the cycle list in accordance with the deletion criteria set forth in, Scheduling System for Programmed Inspections and in SST-16. Deletions include those establishments no longer in business, those businesses previously inspected within the prior 36 months, public sector employers, and VPP and SHARP participants.  Ex. B, SST-16, para. XII, pp. 8-9.

9.     SST Inspections under this plan will be comprehensive in scope.  Ex. B, SST-16, para. XIII.A, p. 9.

10.     OSA provided the SST-16 Inspection List for Fiscal Year 2019 to the Wichita Area Office for the Area Office's enforcement area.  Cycle 1 was generated by the Area Office with 40 establishments for inspection. The Area Office made appropriate deletions to the Cycle 1 in accordance with Ex. B, SST-16, para. XII., pp. 8-9.  The Print Source, Inc. d/b/a/ Blue Frog Printing is an employer included on SST Inspection List Cycle 1, and The Print Source, Inc. d/b/a/ Blue Frog Printing remained on the Cycle 1 after deletion criteria were applied.

11.     On June 11, 2019, Compliance Officer Randy Wilson initiated an inspection at the worksite.  CSHO Wilson was denied entry at the opening conference to proceed with

the inspection by Gerald Gibson, Chief Operations Officer.

   12. Applicant requests that the warrant authorize a comprehensive inspection of the above-described workplace, including all relevant records, files and papers required to be maintained by the employer under the Act and the regulations promulgated pursuant thereto, and all hazards in plain view. The inspection will be conducted during regular working hours or at other reasonable times, within reasonable limits, and in a reasonable manner, including the questioning privately of any employee or agent, videotaping, and the taking of photographs, environmental samples, including the use of personal sampling equipment, and measurements, when necessary. The compliance officer's credentials will be presented, and the inspection will be commenced as soon as practicable after the issuance of this warrant and will be completed with reasonable promptness. Any information, including videotapes, photographs and environmental samples, obtained in connection with the inspection and which is designated to be trade secret as defined in 18 U.S.C.A. § 1906, shall be considered confidential as provided in section 15 of the Act, 29 U.S.C.A. § 664.

   I declare under penalty of perjury that the foregoing is true and correct.

_____
Ryan Hodge
Area Director
Occupational Safety and Health Administration
United States Department of Labor


Subscribed and sworn to before me in my presence on

this ___1st___ day of _____July_____, 2019.

_____
Honorable
United States Magistrate Judge

4

United States Attorney
District of Kansas

_____
Brian O. Sheern # 21479
Assistant U.S. Attorney

OF COUNSEL:

Kate S. O'Scannlain
Solicitor of Labor

Christine Z. Heri
IL Bar #6204656
Regional Solicitor

Evert H. Van Wijk
PA Bar # 44047
Associate Regional Solicitor

Susan J. Willer
OK Bar #017798
Attorney
willer.susan@dol.gov

Office of the Solicitor
2300 Main Street, Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)

Attorneys for Secretary of Labor
United States Department of Labor

# Chapter 2

# PROGRAM PLANNING

I.    Introduction.

OSHA's mission is to assure the safety and health of America's working men and women by promulgating and enforcing standards and regulations; providing training, outreach, and education; establishing partnerships; and encouraging continual improvement in workplace safety and health as well as the development of comprehensive safety and health management systems. Effective and efficient use of resources requires careful, flexible planning. In this way, the overall goal of hazard abatement and employee protection is best served.

II.   Area Office Responsibilities.

A. Providing Assistance to Small Employers.

1. In 1996, the Congress passed the Small Business Regulatory Enforcement Fairness Act (SBREFA) to respond to the concern expressed by the small business community that Federal regulations were too numerous and complex, and that small business needed special assistance in understanding and complying with those regulations.

2. SBREFA requires all federal agencies regulating small businesses to have in place programs to provide guidance and compliance assistance. These programs must contain procedures to answer inquiries by small entities (small businesses). These programs also provide information on and advice about compliance with the statutes and regulations; interpretations; and applications of the law to specific sets of facts supplied by the small entity.

NOTE:  See CPL 02-00-121, *Providing Assistance to Smaller Employers*, March 12, 1998.

B. Area Office Outreach Program.

The Area Director or designee will ensure that the Area Office maintains an outreach program appropriate to local conditions and the needs of the service area. The plan may include Regional and National Office support services, compliance assistance services including assistance in developing compliance safety and health management systems, training and education services, referral services, cooperative programs, abatement assistance, and technical services.

C. Responding to Requests for Assistance.

All requests from employers or employees for compliance information or assistance shall receive timely, accurate, and helpful responses from OSHA. See the section on Information Requests in this chapter for additional information.

III.  OSHA Cooperative Programs Overview.

OSHA offers a number of avenues for businesses and organizations to work cooperatively with the Agency. Compliance Officers should discuss the various cooperative programs with employers.

A. Voluntary Protection Programs (VPP).

EXHIBIT A

The Voluntary Protection Programs (VPP) are designed to recognize and promote effective safety and health management. A hallmark of VPP is the principle that management, labor, and OSHA can work together in pursuit of a safe and healthy workplace. VPP participants are employers who have successfully designed and implemented a health and safety management system at their worksites, and are exempt from programmed inspections.

NOTE: See CSP 03-01-003, *Voluntary Protection Programs (VPP): Policies and Procedures Manual*, April 18, 2008, for additional information.

B. On-site Consultation Program.

OSHA On-site Consultation Programs are available in all 50 states as well as the District of Columbia, Guam, Northern Marianas Islands, Puerto Rico and the Virgin Islands under Section 21(d) and 23(g) agreements with Federal OSHA or under State Plans approved by OSHA.

1. The state On-site Consultation Program offers a variety of services at no cost to employers. These services include assisting in the development and implementation of an effective safety and health management system, and offering training and education to the employer and employees at the worksite. Small businesses in high-hazard industries or those involved in hazardous operations receive priority.

2. The State On-site Consultation Program is separate from OSHA's enforcement efforts. Under On-Site Consultation Programs, no citations are issued, nor are penalties proposed.

C. Safety and Health Achievement Recognition Program (SHARP).

Another program that recognizes employers' efforts to create a safe workplace and exempts them from programmed inspections is the Safety and Health Achievement Recognition Program (SHARP). This program is administered by the State On-site Consultation Program but is funded under Section 21(d) of the Act.

SHARP is designed to provide incentives and support to those employers that implement and continuously improve effective safety and health management system(s) at their worksite. SHARP participants are exempted from OSHA programmed inspections.

NOTE: See CSP 02-00-002, *Consultation Policies and Procedures Manual*, January 18, 2008, for additional information.

D. Strategic Partnerships.

Organizations can enter into Strategic Partnerships with OSHA to address specific safety and health issues. In these partnerships, OSHA enters into extended, voluntary, cooperative relationships with groups of employers, employees, and employee representatives (sometimes including other stakeholders, and sometimes involving only one employer) in order to encourage, assist, and recognize efforts to eliminate serious hazards and to achieve a high level of worker safety and health.

NOTE: See CSP 03-02-003, *OSHA Strategic Partnership Program for Worker Safety and Health*, November 6, 2013, for additional information.

E. Alliance Program.

Through the Alliance Program, OSHA works with groups committed to worker safety and health to prevent workplace fatalities, injuries, and illnesses. These groups include unions, consulates, trade or professional organizations, businesses, faith- and community-

based organizations, and educational institutions. OSHA and the groups work together to develop compliance assistance tools and resources, share information with workers and employers, and educate workers and employers about their rights and responsibilities. Alliance Program participants do not receive exemptions from OSHA inspections or any other enforcement benefits.

NOTE: See CSP 04-01-001, *OSHA Alliance Program*, June 10, 2004, for additional information.

NOTE: See Section VI.H., of this chapter, Enforcement Scheduling and Interface with Cooperative Program Participants, for additional information.

IV.   Enforcement Program Scheduling.

A. General.

1.  OSHA's priority system for conducting inspections is designed to allocate available OSHA resources as effectively as possible to ensure that maximum feasible protection is provided to working men and women. The Area Director or designee will ensure that inspections are scheduled within the framework of this chapter, that they are consistent with the objectives of the Agency, and that appropriate documentation of scheduling practices is maintained.

2.  The Area Director or designee will also ensure that OSHA resources are effectively distributed during inspection activities. If an inspection is of a complex nature, the Area Director or designee may consider utilizing additional OSHA resources (e.g., the Health Response Team). In other circumstances, the use of outside resources may aid the Area or District Office to deploy available resources more effectively. The Area Office will retain control of the inspection.

B. Inspection Priority Criteria.

Generally, priority of accomplishment and of assigning staff resources for inspection categories is as shown in Table 2-1 below:

**Table 2-1:  Inspection Priorities**

| Priority | Category |
|----------|----------|
| First | Imminent Danger |
| Second | Fatality/Catastrophe (NOTE) |
| Third | Complaints/Referrals |
| Fourth | Programmed Inspections |

NOTE:  OSHA Area Offices will determine the inspection priority of a **catastrophe** using the Memorandum entitled, "*Interim Enforcement Procedures for New Reporting Requirements under 29 C.F.R. 1904.39*", dated December 24, 2014, or unless superseded by future agency-approved correspondence.

1.  Efficient Use of Resources.

Deviations from this priority list are allowed so long as they are justifiable, lead to the efficient use of resources, and promote effective worker protection. An example of such a deviation would be when the Agency, Regional Administrator or an Area Director commits a certain percentage of resources to programmed Special Emphasis Program (SEP) inspections such as a National Emphasis Program (NEP), a Regional

Emphasis Program (REP), or Local Emphasis Program (LEP). Inspection scheduling deviations must be documented in the case file.

2. Follow-up Inspections.

In cases where follow-up inspections are necessary, they shall be conducted as promptly as resources permit. In general, follow-up inspections shall take priority over all programmed inspections and any unprogrammed inspection in which the hazards are anticipated to be other-than-serious.

NOTE: See Chapter 7, Post-Citation Procedures and Abatement Verification, for additional information.

3. Monitoring Inspections.

When a monitoring inspection is necessary, the priority is the same as for a follow-up inspection.

NOTE: See Chapter 7, Post-Citation Procedures and Abatement Verification, for additional information.

4. Employer Information Requests.

Contacts for technical information initiated by employers or their representatives will not trigger an inspection, nor will such employer inquiries protect the requesting employer against inspections conducted pursuant to existing policy, scheduling guidelines and inspection programs established by the Agency.

5. Reporting of Imminent Danger, Catastrophe, Fatality, Amputations, Accidents, Referrals or Complaints.

The Area Director or designee will act in accordance with established inspection priority procedures.

NOTE: See Section V., of this chapter, Unprogrammed Activity – Hazard Evaluation and Inspection Scheduling, for additional information.

C. Effect of Contest.

If an employer has contested a citation and/or a penalty from a previous inspection at a specific worksite, and the case is still pending before the Review Commission, the following guidelines apply to additional inspections of the employer at that worksite:

1. If the employer has contested the penalty only, the inspection will be scheduled as if there were no contest.

2. If the employer has contested the citation itself or any items therein, then programmed and unprogrammed inspections will be scheduled, but all violative conditions under contest will be excluded from the inspection unless a potential imminent danger is involved.

NOTE: See Section IV.B., Inspection Priority Criteria, of this chapter for additional information.

D. Enforcement Exemptions and Limitations.

1. In providing funding for OSHA, Congress has consistently placed restrictions on enforcement activities for two categories of employers: small farming operations and small employers in low-hazard industries. Congress may place exemptions and limitations on OSHA activities through the annual Appropriations Act.

2. Before initiating an inspection of an employer in these categories, the Area Office will evaluate whether the Appropriations Act for the fiscal year would prohibit the

2-4

inspection. Where this determination cannot be made beforehand, the CSHO will determine the status of the small farming operation or a small employer in a low-hazard industry upon arrival at the workplace. If the prohibition applies, the inspection shall immediately be discontinued.

NOTE: See CPL 02-00-051, *Enforcement Exemptions and Limitations under the Appropriations Act*, May 28, 1998, for additional information.

E.  Preemption by Another Federal Agency.

1.  Section 4(b)(1) of the Act states that the Act does not apply to working conditions over which other federal agencies exercise statutory responsibility "to prescribe or enforce standards or regulations affecting occupational safety or health." The determination of preemption by another federal agency is, in many cases, a highly complex matter.

2.  If a question arises, usually upon receipt of a complaint, referral, or other inquiry, consult the list of Memorandums of Understanding (MOU) on the OSHA website to determine if the issue has been previously addressed. A MOU is an agreement created to address/resolve coverage issues and to improve the working relationships between other federal agencies and organizations regarding employee safety and health.

3.  At times, an inspection may have already begun when the coverage jurisdiction question arises. Any such situations will be brought to the attention of the Area Director, Regional Solicitor, or designee as soon as they arise, and dealt with on a case-by-case basis.

4.  Two examples of MOUs include the following:

    a.  Mine Safety and Health Administration - Interagency Agreement between the Mine Safety and Health Administration and OSHA, dated March 29, 1979.

    b.  United States Coast Guard/U.S. Department of Transportation - Authority of Coast Guard and OSHA regarding enforcement of safety and health standards aboard vessels inspected and certified by the Coast Guard, dated March 4, 1983.

F.  United States Postal Service.

1.  The Postal Employee Safety Enhancement Act of 1998 applies the Act to the U.S. Postal Service in the same manner as the Act applies to a private sector employer.

2.  All State Plan States elected not to cover the U.S. Postal Service. Thus, Federal OSHA retains authority to cover the U.S. Postal Service nationwide. Federal coverage in State Plan States encompasses U.S. Postal Service employees and contract employees engaged in U.S. Postal Service mail operations. Coverage includes contractor-operated facilities engaged in mail operations and postal stations in public or commercial facilities. State Plan States continue to exercise jurisdiction over all other private sector contractors working on U.S. Postal Service sites who are not engaged in U.S. Postal Service mail operations, such as building maintenance and construction employees. (See the Final Rule on *State Plans Coverage of the U.S. Postal Service* (65 FR 36618, June 9, 2000)).

3.  Violations documented during inspections initiated at a U.S. Postal Service site will be cited with penalties in accordance with the FOM and other applicable OSHA policies for the private sector.

NOTE: See CPL 02-00-122, *Enforcement Guidance for the U.S. Postal Service*, dated April 16, 1999, for additional information.

G. Home-Based Worksites.

1. The agency will not perform any inspections of employees' home offices. A home office is defined as office work activities in a home-based setting/worksite (e.g., filing, keyboarding, computer research, reading, writing) and may include the use of office equipment (e.g., telephone, facsimile machine, computer, scanner, copy machine, desk, file cabinet).

2. OSHA will only conduct inspections of other home-based worksites, such as home manufacturing operations, when it receives a complaint or referral alleging that a violation of a safety or health standard exists that threatens physical harm, that an imminent danger is present, or that there was a work-related fatality.

   NOTE: See CPL 02-00-125, *Home-Based Worksites*, February 25, 2000, for additional information.

H. Inspection/Investigation Types.

1. Unprogrammed.

   Inspections scheduled in response to alleged hazardous working conditions identified at a specific worksite are classified as unprogrammed. This type of inspection responds to:

   a. Imminent Dangers;

   b. Fatalities/catastrophes;

   c. Complaints; and

   d. Referrals.

   e. It also includes follow-up and monitoring inspections scheduled by the Area Office.

   NOTE: This category includes all employers/employees directly affected by the subject of the unprogrammed inspection activity, and is especially applicable on multi-employer worksites.

   NOTE: Not all complaints and referrals qualify for an inspection. See Chapter 9, Complaint and Referral Processing, for additional information.

   NOTE: See CPL 02-00-124, *Multi-Employer Worksite Citation Policy*, December 10, 1999, for additional information.

2. Unprogrammed Related.

   Inspections of employers at multi-employer worksites whose operations are not directly addressed by the subject of the conditions identified in a complaint, accident, or referral are designated as unprogrammed related.

   An example would be: A trenching inspection conducted at the unprogrammed worksite where the trenching hazard was not identified in the complaint, accident report, or referral.

3. Programmed.

   Worksite safety and health inspections that have been scheduled based upon objective or neutral selection criteria are programmed inspections. The worksites are selected according to national scheduling plans or under local, regional, and national special emphasis programs.

4. Program Related.

2-6

Inspections of employers at multi-employer worksites whose activities were not included in the programmed assignment, such as a low injury rate employer at a worksite where programmed inspections are being conducted for all high rate employers.

V.   Unprogrammed Activity – Hazard Evaluation and Inspection Scheduling.

Enforcement procedures relating to unprogrammed activity are located in subject specific chapters of this manual:

> Imminent Danger, see Chapter 11, Imminent Danger, Fatality, Catastrophe, and Emergency Response.

> Fatality/Catastrophe, see Chapter 11, Imminent Danger, Fatality, Catastrophe, and Emergency Response.

> Emergency Response, see Chapter 11, Imminent Danger, Fatality, Catastrophe, and Emergency Response.

> Complaint/Referral Processing, see Chapter 9, Complaint and Referral Processing.

> Whistleblower Complaints, see Chapter 9, Complaint and Referral Processing.

> Follow-ups and Monitoring, see Chapter 7, Post-Citation Procedures and Abatement Verification.

VI.   Programmed Inspections.

A.   Scheduling for Construction Inspections.

Due to the mobility of the construction industry, the transitory nature of construction worksites and the fact that construction worksites frequently involve more than one employer, inspections are scheduled from a list of construction worksites rather than construction employers.  The OSHA National Office will provide to each Area/District Office a randomly selected list of construction projects from identified or known covered active projects.  This list will contain the projected number of sites that the field office has reported it plans to inspect during the next month.  Projects are selected in accordance with the inspection schedule for construction.

NOTE:  See CPL 02-00-141, *Inspection Scheduling for Construction*, July 14, 2006.

B.   Scheduling for Maritime Inspections.

Maritime inspection activities are covered in greater detail in Chapter 10, Section III., Maritime.

1.   Marine Cargo Handling Industry.

The marine cargo handling industry is made up of longshoring activities (i.e., cargo handing aboard vessels, 29 C.F.R. Part 1918) and activities within marine terminals (i.e., cargo handling ashore; 29 C.F.R. 1917).  Because these activities are different, several scheduling methods are necessary.  Consequently, marine cargo handling industry inspections can be scheduled as National Emphasis Programs (NEPs), Regional Emphasis Programs (REPs), Local Emphasis Programs (LEPs), or from lists developed in accordance with CPL 02-00-025, *Scheduling System for Programmed Inspections*, January 4, 1995.

NOTE:  See CPL 02-00-154, *Longshoring and Marine Terminals "Tool Shed" Directive*, July 31, 2012, for more information.

2. Shipbreaking.

CPL-03-00-012, *OSHA's National Emphasis Program (NEP) on Shipbreaking*, November 4, 2010, describes policies and procedures to reduce or eliminate workplace hazards associated with shipbreaking operations.

Also, OSHA has entered into a *Memorandum of Agreement on Interagency Coordination for Ship Scrapping (i.e., shipbreaking) between DOD/DOT/EPA/DOL-OSHA*, November 16, 1999.

3. Shipyard Employment.

The shipyard employment industry is made up of several industrial activities and because these activities are different, several scheduling methods are necessary. Consequently, shipyard employment inspections can be scheduled under NEPs, REPs, LEPs, or from lists developed in accordance with CPL 02-00-025, *Scheduling System for Programmed Inspections*, January 4, 1995 and CPL 02-01-049, *Enforcement Guidance for Personal Protective Equipment (PPE) in Shipyard Employment*, November 4, 2010.

NOTE: See CPL 02-00-157, *Shipyard Employment "Tool Bag" Directive*, April 1, 2014, for more information.

C. Special Emphasis Programs (SEPs).

Special Emphasis Programs provide for programmed inspections of establishments in industries with potentially high injury or illness rates that are not covered by other programmed inspection scheduling systems or, if covered, where the potentially high injury or illness rates are not addressed to the extent considered adequate under the specific circumstances. SEPs are also based on potential exposure to health hazards. Special emphasis programs may also be used to develop and implement alternative scheduling procedures or other departures from national procedures. Special emphasis programs can include National Emphasis Programs, Regional Emphasis Programs and Local Emphasis Programs.

1. Identification of Special Emphasis Programs.

The description of the particular Special Emphasis Program shall be identified by one or more of the following:

a. Specific industry;

b. Trade/craft;

c. Substance or other hazard;

d. Type of workplace operation;

e. Type/kind of equipment; and

f. Other identifying characteristic.

2. Special Emphasis Program Scope.

The reasons for and the scope of a Special Emphasis Program shall be described; and may be limited by geographic boundaries, size of worksite, or similar considerations.

3. Pilot Programs.

National or local pilot programs may also be established under Special Emphasis Programs. Such programs may be conducted for the purpose of assessing the actual extent of suspected or potential hazards, determining the feasibility of new or experimental compliance procedures, or for any other legitimate reason.

D. <u>National Emphasis Programs (NEPs)</u>.

OSHA develops National Emphasis Programs to focus outreach efforts and inspections on specific hazards in a workplace.

E. <u>Local Emphasis Programs (LEPs) and Regional Emphasis Programs (REPs)</u>.

LEPs and REPs are types of special emphasis program in which one or more Area Offices of a Region participate. LEPs and REPs are generally based on knowledge of local industry hazards or local industry injury/illness experience. LEPs and REPs must be developed and approved when one or more Area Offices within a Region target inspections to a specific industry(s), hazard(s), or other workplace characteristic(s), e.g., as part of, or in conjunction with, a local initiative or problem-solving project. A list of LEPs may be found on the OSHA website under the Directorate of Enforcement Programs.

NOTE: See <u>CPL 04-00-001</u>, *Procedures for Approval of Local Emphasis Programs (LEPs)*, dated November 10, 1999, for additional information. Also, see Memorandum on *Procedures for Local and Regional Emphasis Programs*, dated December 3, 2014.

OSHA directives include topic specific scheduling procedures in addition to the general information provided in this section.

F. <u>Other Special Programs</u>.

The Agency may develop programs to cover special categories of inspections that are not covered under a Special Emphasis Program.

G. <u>Inspection Scheduling and Interface with Cooperative Program Participants</u>.

Employers who participate in voluntary compliance programs may be exempt from programmed inspections and eligible for inspection deferrals or other enforcement incentives. The Area Director or designee will determine whether the employer is actively participating in a Cooperative Program that would impact inspection and enforcement activity at the worksite being considered for inspection. Where possible, this determination should be made prior to scheduling the inspection.

Information regarding a facility's participation in the following programs should be available prior to scheduling inspection activity:

➢ VPP Program;

➢ Pre-SHARP and SHARP Participants;

➢ Consultation 90-Day Deferrals.

1. <u>Voluntary Protection Program</u>.

a. <u>Regional VPP Manager Responsibilities</u>.

The Regional VPP managers must keep Area Directors or their designees informed about VPP applicants and the status of participants in the VPP. This will prevent unnecessary scheduling of programmed inspections at VPP sites and ensure efficient use of resources. Area Directors or their designee should be informed:

➢ That the site can be removed from the programmed inspection list. Such removal may occur no more than 75 days prior to the on-site evaluation;

➢ Of the site's approval for the VPP program;

➢ Of the site's withdrawal or termination from the VPP program; and

2-9

> ➤ If the Regional VPP Manager is the first person notified by the site of an event requiring enforcement, the VPP Manager must instruct the site to contact the appropriate Area Office.

b. Programmed Inspections and VPP Participation.

> ➤ Inspection Deferral. Approved sites must be removed from any programmed inspection lists for the duration of participation, unless a site chooses otherwise. The applicant worksite will be deferred starting no more than 75 calendar days prior to the commencement of its scheduled pre-approval on-site review.

> ➤ Inspection Exemption. The exemption from programmed inspections for approved VPP sites will continue for as long as they continue to meet VPP requirements. Sites that have withdrawn or have been terminated from VPP will be returned to the programmed inspection list, if applicable, at the time of the next inspection cycle.

c. Unprogrammed Enforcement Activities at VPP Sites.

When an Area Office receives a complaint, or a referral other than from the OSHA VPP on-site team, or is notified of a fatality, catastrophe, or other event requiring an enforcement inspection at a VPP site, the Area Director or designee must initiate the inspection following normal OSHA enforcement procedures.

> ➤ The Area Office must immediately notify the Regional VPP Manager of any fatalities, catastrophes or other incidents occurring at a VPP worksite that require an enforcement inspection; as well as of a referral or complaint that concerns a VPP worksite, including complaint inquiries that would receive a letter response. If the VPP is a national VPP, the National Office should be notified.

> ➤ If the Regional VPP Manager is the first person notified by the site of an event requiring an enforcement inspection, the VPP Manager must instruct the site to contact the appropriate Area Office (and the National Office if the fatality is on a National VPP site).

> ➤ The inspection will be limited to the specific issue of the unprogrammed activity. If citations are issued as a result of the inspection, a copy of the citation will be sent to the Regional VPP Manager. When an Area Office receives a referral from the VPP on-site team, the Area Director must notify the participant and the ASEC. Enforcement action may be initiated only after the ASEC approves such action. See CSP 03-01-003, *Voluntary Protection Programs (VPP): Policies and Procedures Manual*, April 18, 2008.

> ➤ The Area Director will send the VPP Manager a copy of any report resulting from an enforcement case.

2. Consultation.

a. Consultation Visit in Progress.

> ➤ If an on-site consultation visit is in progress, it will take priority over OSHA programmed inspections as outlined below. An on-site consultation visit will be considered "in progress" in relation to the working conditions, hazards, or situations covered by the visit from the beginning of the opening conference through the end of the correction due dates and any extensions thereof. If an

on-site consultation visit is already in progress, it will terminate when one of the following OSHA compliance inspections is about to take place:

- o Imminent danger inspection;
- o Fatality/catastrophe inspection;
- o Complaint inspections; and/or
- o Other critical inspections, as determined by the Assistant Secretary.

➤ "Other critical inspections" may include, but are not limited to, referrals as defined in Chapter 9, Complaint and Referral Processing. Following an evaluation of the hazards alleged in a referral, if the **Assistant Secretary** determines that enforcement action is required prior to the end of an abatement period established by the state consultation project, the consultation visit in progress shall be immediately terminated to allow for an enforcement inspection.

➤ For purposes of efficiency and expediency, an employer's worksite shall not be subject to concurrent consultation and enforcement-related visits. The following excerpts from CSP 02-00-002, *Consultation Policies and Procedures Manual, Chapter 7: Relationship to Enforcement,* January 18, 2008, clarify the interface between enforcement and consultation activity at the worksite:

- o Full Service On-site Consultation Visits.  While a worksite is undergoing a full service on-site consultation visit for safety **and** health, programmed enforcement activity may not occur until after the end of the worksite's visit "In Progress" status.

- o Full Service Safety or Health On-site Consultation Visits.  When an on-site consultation visit "in progress" is discipline-related, whether for safety or health, programmed enforcement activity may not proceed until after the end of the worksite's visit "In Progress" status and is limited to the discipline examined, safety or health.

- o Limited Service On-site Consultation Visits.  If a worksite is undergoing a limited service on-site consultation visit, whether focused on a particular type of work process or a hazard, programmed enforcement activity may not proceed while the consultant is at the worksite.  The re-scheduled enforcement activity must be limited to those areas that were not addressed by the scope of the consultative visit (posted List of Hazards).

b. Enforcement Follow-Up and Monitoring Inspections.

If an enforcement follow-up or monitoring inspection is scheduled while a worksite is undergoing an on-site consultation visit, the inspection shall not be deferred; however, its scope shall be limited to those areas required to be covered by the follow-up or monitoring inspection.  In such instances, the consultant must halt the on-site visit until the enforcement inspection is completed.  In the event OSHA issues a citation(s) as a result of the follow-up or monitoring inspection, an on-site consultation visit may not proceed until the citation(s) becomes a final order(s).

c. Enforcement Programmed Inspections.

On-site Consultation and 90-Day Deferral.

> If an establishment has requested an initial full-service comprehensive consultation visit for safety and health from the State OSHA On-site Consultation Program, and that visit has been scheduled by the State Program, a programmed inspection may be deferred for 90 calendar days from the date of the notification by the State Program to the Regional Office. No extension of the deferral beyond the 90 calendar days is possible, unless the consultation visit is "in progress."

> OSHA may, however, in exercising its authority to schedule inspections, assign a lower priority to worksites where consultation visits are scheduled.

   NOTE: See CSP 02-00-002, *Consultation Policies and Procedures Manual*, January 18, 2008, of Chapter 7, Relationship to Enforcement, for additional information.

3. Pre-Safety and Health Achievement Recognition Program (Pre-SHARP) Status.

   a. Those employers who do not meet the SHARP requirements, but who exhibit a reasonable promise of achieving agreed-upon milestones and time frames for SHARP participation, may be granted Pre-SHARP status. Pre-SHARP participants receive a full- service, comprehensive consultation visit that involves a complete safety and health hazard identification survey, including a comprehensive assessment of the worksite's safety and health management system.

   b. The deferral time frame recommended by the State Consultation Project Manager must not exceed a total of 18 months from the expiration of the latest hazard correction due date(s), including extensions. Upon achieving Pre-SHARP status, employers may be granted a deferral from OSHA programmed inspections. The following types of incidents can trigger an OSHA enforcement inspection at Pre-SHARP sites:

      > Imminent danger;
      > Fatality/catastrophe; and
      > Formal complaints.

4. Safety and Health Achievement Recognition Program (SHARP).

   SHARP is designed to provide support and incentives to those employers that implement and continuously improve effective safety and health management system(s) at their worksite. SHARP participants are exempted from OSHA programmed inspections, see §1908.7(b)(4).

   a. Duration of SHARP Status.

      All initial approvals of SHARP status will be for a period of up to two years, commencing with the date the Regional Office approves an employer's SHARP application. After the initial approval, all SHARP renewals will be for a period of up to three years.

   b. OSHA Inspection(s) at SHARP Worksites.

      As noted above, employers that meet all the requirements for SHARP status will have the names of their establishments deleted from OSHA's Programmed Inspection Schedule. However, pursuant to §1908.7(b)(4)(ii), the following types

of incidents can trigger an OSHA enforcement inspection at SHARP sites: imminent danger; fatality/catastrophe; or formal complaints.

NOTE: See CSP 02-00-002, *Consultation Policies and Procedures Manual, Chapter 8: OSHA's Safety and Health Achievement Recognition Program (SHARP) and Pre-SHARP*, January 18, 2008, for additional information.

5. OSHA Strategic Partnership Program (OSPP).

   a. Deferral from Programmed Inspection List for Non-Construction OSPs.

      ➢ New or renewed OSHA Strategic Partnerships (OSPs) will no longer include any programmed inspection deferral or deletion provisions. Only active VPP or SHARP worksites are eligible for this incentive. (See See CSP 03-02-003, *OSHA Strategic Partnership Program for Worker Safety and Health*, November 6, 2013, for additional information.)

   b. Programmed Inspection with a Limited Scope.

      ➢ For non-construction worksites, OSHA will no longer offer a limited scope inspection to an establishment operated by an OSHA partnering employer. However, a National partnership agreement may include a limited scope inspection where it can be clearly demonstrated to result in a more effective partnership. Therefore, any partnership agreement that contains a provision for a limited scope inspection must be approved by the Assistant Secretary in advance of the OSP's development based on a detailed statement of the benefits to the partnership. For inspections with limited scope, the workplace hazards to be addressed will be determined by OSHA with input from the partner(s). OSHA may expand the scope of the inspection based on information gathered during the inspection process.

      ➢ To gain a limited scope inspection as a benefit, the establishment must have undergone an on-site non-enforcement verification inspection within one year of the date of the programmed inspection.

   c. Deletion from Programmed Inspection List.

      ➢ OSPs signed or renewed after July 27, 2012 will no longer include any programmed inspection deferral or deletion provisions. Only cooperative worksites qualifying for VPP or SHARP are eligible for this benefit. In addition, new or renewed OSPs will not allow the use of OSHA's "Phone & Fax" procedures beyond the scope of those permitted in the FOM.

6. Alliances.

Unlike OSHA's OSP, VPP, and SHARP programs, Alliances do not require applications, data collection, verification, or evaluation. Alliances also do not offer incentives, such as focused inspections or inspection deferral, to their signatories.



# OSHA NOTICE

**U.S. DEPARTMENT OF LABOR**     Occupational Safety and Health Administration

| DIRECTIVE NUMBER: 18-01 (CPL 02) | EFFECTIVE DATE: 10/16/2018 |
|---|---|
| **SUBJECT:**     Site-Specific Targeting 2016 (SST-16) | |

## ABSTRACT

**Purpose:**        This Notice implements OSHA's *Site-Specific Targeting 2016 (SST-16)* inspection plan. This program does not include construction worksites.

**Scope:**          OSHA-wide

**References:**      OSHA Instruction CPL 02-00-025 *Scheduling System for Programmed Inspections*, January 4, 1995; OSHA Instruction CPL 02-00-160, *Field Operations Manual (FOM)*, August 2, 2016; OSHA Instruction CSP 01-00-004, *State Plan Policies and Procedures Manual*, September 22, 2015, and *Interim Enforcement Procedures for Failure to Submit Electronic Illness and Injury Records under 29 CFR 1904.41(a)(1) and (a)(2)*, February 21, 2018.

**Cancellations:**  None

**Expiration Date:** One year from the effective date, unless replaced by a new Notice. Upon the expiration or replacement of this Notice, inspection cycles already underway must be completed as described in paragraph XI.B.

**State Impact:**   Notice of Intent and Equivalency required. State Plan documentation of targeting system required if not current. See paragraph VII, *State Plan Impact*.

**Action Offices:** National, Regional, and Area Offices

**Originating Office:** Directorate of Enforcement Programs

Abstract - 1

EXHIBIT B

Contact:             Directorate of Enforcement Programs
Office of General Industry and Agricultural Enforcement
200 Constitution Avenue, NW, N3119
Washington, DC 20210
202-693-1850

By and Under the Authority of


LOREN SWEATT
Deputy Assistant Secretary

Abstract - 2

### Executive Summary

This Notice implements OSHA's *Site-Specific Targeting (SST)* inspection program, using employer-submitted Calendar Year 2016 Form 300A data. The SST is OSHA's main site-specific targeting inspection plan for non-construction workplaces that have 20 or more employees and is based on the data received from injury and illness information that employers submitted for Calendar Year 2016 under 29 CFR 1904.41. Prior to 2014, SST programs used injury and illness information collected under the former OSHA Data Initiative.

This program helps OSHA achieve its goal of ensuring that employers provide safe and healthful workplaces by directing enforcement resources to those workplaces with the highest rates of injuries and illnesses.

This Notice identifies key references, describes the inspection list, provides scheduling and inspection procedures, and gives information on OSHA Information System (OIS) coding.

TABLE OF CONTENTS

I.      PURPOSE...........................................................................................1

II.     SCOPE..............................................................................................1

III.    REFERENCES.....................................................................................1

IV.     CANCELLATIONS..............................................................................2

V.      EXPIRATION DATE...........................................................................2

VI.     ACTION INFORMATION....................................................................2

VII.    STATE PLAN IMPACT.......................................................................2

VIII.   SIGNIFICANT CHANGES..................................................................3

IX.     BACKGROUND..................................................................................3
        A. OSHA'S PROGRAMMED INSPECTION PROGRAMS...........................
        3
        B. CREATING              THE              SST              INSPECTION
        LIST...........................................4

X.      DESCRIPTION        OF        THE        SST        TARGETING
        LIST....................................4
        A. INSPECTION                                                      LIST
        CRITERIA.....................................................4
           1.    HIGH-RATE
        ESTABLISHMENTS............................................4
           2.    LOW-RATE
        ESTABLISHMENTS............................................4
           3.    NON-RESPONDERS...............................................
           4

XI.     SCHEDULING.....................................................................5
        A. MAINTAINING                                              INSPECTION
        LIST/CYCLES/DOCUMENTATION........5
        B. CYCLE
        SIZE.................................................................5
        C. USE                        OF                        SST

SOFTWARE.................................................................6
D. WORKSITE CLARIFICATION...........................................6
    1.    INDUSTRIES      WITHOUT      PERMANENT WORKPLACES.............6
    2.    OFFICE-ONLY   SITES........................................... 6
E. DEFERRALS........................................................... 7
    1.    OSHA        ONSITE        CONSULTATION PROGRAM........................7
    2.    VPP   APPLICANTS........................................... 7
F. INSPECTION PRIORITY...............................................7

XII.    DELETIONS............................................................. 8
A. PREVIOUS INSPECTIONS............................................8
B. PUBLIC SECTOR EMPLOYERS.......................................9
C. VPP AND SHARP....................................................9

XIII.    INSPECTION PROCEDURES........................................9
A. SCOPE.................................................................9
B. VERIFY NAICS.......................................................10
C. CITATIONS........................................................... 10
D. RECORDKEEPING   VIOLATIONS................................ .10
E. COLLECTION AND REVIEW OF INJURY/ILLNESS DATA.............. 10

XIV.    RELATIONSHIP        TO        OTHER PROGRAMS........................................10
A. UNPROGRAMMED   INSPECTIONS................................ 10
B. EMPHASIS   PROGRAMS............................................ 10

XV.    RECORDING  AND  TRACKING....................................... 11
A. SST-ONLY INSPECTIONS............................................11
B. SST        COMBINED        WITH        OTHER UNPROGRAMMED........................11
C. SST COMBINED WITH EMPHASIS PROGRAM...............................11

D. SST     WITH     UNPROGRAMMED     AND     OTHER
   PROGRAMMED............11

E. STRATEGIC  MANAGEMENT  PLAN...........................................
   12

I.      Purpose

This Notice implements OSHA's *Site-Specific Targeting* inspection program.  This program does not include construction worksites.

II.     Scope

This Notice applies OSHA-wide.

III.    References

A.      Occupational Safety and Health Act of 1970, 29 U.S.C. 651.

B.      29 CFR Part 1904, Recording and Reporting Occupational Injuries and Illnesses.

C.      29 CFR Part 1908, Consultation Agreements.

D.      Revisions to the Voluntary Protection Programs to Provide Safe and Healthful Working Conditions, *Federal Register,* January 9, 2009 (74 FR 927).

E.      OSHA Directives

● ADM 03-01-005, *OSHA Compliance Records,* August 3, 1998.

● CPL 02-00-025, *Scheduling System for Programmed Inspections,* January 4, 1995.

● CPL 02-00-051, *Enforcement and Limitations under the Appropriations Act,* May 28, 1998.

● CPL 02-00-160, *Field Operations Manual (FOM),* August 2, 2016.

● CPL 02-00-149, *Severe Violator Enforcement Program (SVEP),* June 18, 2010.

● CSP 01-00-004, *State Plan Policies and Procedures Manual,* September 22, 2015.

● CSP 02-00-003, *Consultation Policies and Procedures Manual,* November 19, 2015.

● CSP 03-01-003, *Voluntary Protection Programs (VPP): Policies and Procedures Manual,* April 18, 2008.

1

F.    Interim Enforcement Procedures for Failure to Submit Electronic Illness and Injury Records under 29 CFR 1904.41(a)(1) and (a)(2), February 21, 2018.

IV.   Cancellations

None

V.    Expiration Date

This Notice will terminate one year from the effective date, unless replaced by a new Notice. Upon the expiration or replacement of this Notice, inspection cycles already underway must be completed as provided in paragraph XI.B.

VI.   Action Information

A.    Responsible Office

Directorate of Enforcement Programs (DEP)

B.    Action Offices

National, Regional, and Area Offices

C.    Information Offices

State Plan States, OSHA Training Institute, Consultation Project Managers, VPP Managers and Coordinators, Compliance Assistance Coordinators, and Compliance Assistance Specialists.

VII.  State Plan Impact

A.    Notice of Intent and Equivalency required. State Plan documentation of targeting system required.

B.    This Notice describes a Federal program change which establishes policies and procedures regarding general industry inspection targeting under the SST program. States with OSHA approved State Plans are required to have their own inspection targeting systems (a "core inspection policy"), which must be documented in their State Plans and revised as necessary to reflect current practices. These inspection policies and procedures must be at least as effective as Federal OSHA's and be available for review. State Plans are required to notify OSHA whether they intend to adopt policies and procedures identical to the SST program or adopt or maintain different policies and procedures for targeting of

2

general industry inspections.

Within 60 days of the date of issuance of this directive, State Plans must submit a notice of intent indicating if the State Plan will adopt or already has in place targeting policies and procedures that are identical to or different from the federal program. State adoption, either identically or different, should be accomplished within 6 months. If adopting identically, the State Plan must provide the date of adoption to OSHA, due within 60 days of adoption. If the State Plan adopts or maintains enforcement policies that differ from this SST, the State Plan must either post its different policies on its State Plan website and provide a link to OSHA, or provide OSHA with an electronic copy and the name and contact information of an official within the State Plan who can assist the public with obtaining a copy. This action must occur within 60 days of the date of adoption.

VIII.   Significant Changes

A.   None

IX.   Background

A.   OSHA's Programmed Inspections

The SST program is OSHA's main site-specific programmed inspection initiative for non-construction workplaces that have 20 or more employees. The SST program uses data from injury and illness information that employers submit under 29 CFR 1904.41. Prior to 2014, the SST program used injury and illness information collected under the former OSHA Data Initiative. This current program helps OSHA achieve the goal of ensuring that employers provide safe and healthful workplaces by directing enforcement resources to the workplaces with the highest rate of injuries and illnesses.

In addition to the SST, OSHA implements national and local emphasis inspection programs to target high-risk hazards and industries. OSHA currently has nine National Emphasis Programs (NEPs) focusing on lead, ship-breaking, trenching/excavations, process safety management, hazardous machinery, hexavalent chromium, primary metal industries, and combustible dust. OSHA currently has approximately 100 Regional/Local Emphasis Programs (REPs/LEPs).

B.   Creating the SST Inspection List

By applying industry and establishment-size criteria, OSHA focuses data collection towards establishments that are most likely to be experiencing elevated rates and numbers of occupational injuries and illnesses. The SST-16 plan selects

3

individual establishments for inspection based on their required (by 29 CFR 1904.41) submission of CY 2016 Form 300A data.

X.    Description of the Site-Specific Targeting 2016 (SST-16) Plan

A.    Inspection List Selection Criteria

OSHA will create inspection lists of establishments with elevated Days Away, Restricted or Transferred (DART) rate, together with a random sample of establishments that did not provide the required 2016 Form 300A data to OSHA. To verify data accuracy, OSHA will include a random sample of low-rate establishments for quality control purposes.

1.    High-Rate Establishments

The SST-16 selects individual establishments for inspection based on CY 2016 Form 300A data.

Because average DART rates vary widely among industries, different DART rates for manufacturing and non-manufacturing are set as selection criteria to achieve a 50/50 representation on the list.

2.    Low-Rate Establishments

To verify the reliability of the Form 300A data reported to OSHA, the agency will generate a random sample of establishments [identified by two asterisks (**)] with low DART rates.

3.    Non-Responders

OSHA will generate a random sample of establishments [identified by three asterisks (***)] that failed to provide the required Form 300A data to OSHA on the inspection targeting list. Inclusion of these non-responding employers is intended to discourage employers from not reporting injury and illness information in order to avoid inspection.

If, upon arrival, compliance officers learn that a listed establishment is only an office, refer to paragraph XI.D.2, Office-Only Sites.

XI.    Scheduling

The Office of Statistical Analysis will provide each Area Office with access to software and databases that include the establishments on the Inspection List. Only OSHA and State Plan States will have access to this information.

A.    Maintaining Inspection List/Cycles and Documentation

The Area Director is responsible for maintaining documentation necessary to demonstrate that the Area Office has used the SST inspection list and cycles in accordance with the requirements of this Notice, including documenting all deletions, deferrals, or other modifications (modifications such as rationale for expanding inspections to cover health hazards based on (a) prior inspection history of the establishment, or (b) knowledge of an establishment's industry classification).  The Area Office must maintain all such inspection lists, cycles, and documentation for a period of three years after all inspections conducted under this SST plan are closed.  See paragraph B.1.b.(1)(c)3 in CPL 02-00-025, *Scheduling System for Programmed Inspections* (1/4/1995) and Appendix D, *Compliance Records Disposition Schedule,* in ADM 03-01-005, *OSHA Compliance Records* (8/3/1998).

B.    Cycle Size

Area Offices must generate inspection cycles using the SST software that randomly selects the establishments, and will determine cycle size (i.e., 5 to 50 establishments) based on available resources and geographic range of the office.  Larger cycle sizes will allow greater flexibility and efficiency of scheduling, but once initiated, the cycle must be completed.  If a cycle larger than 50 would provide the Area Office with more efficient use of staff, the office must request Regional Office approval.

Within a cycle, the office may schedule and inspect the establishments in any order that makes efficient use of available resources.

After opening an inspection, use the "Update" function of the SST application to enter the inspection number in the activity ID field.

After completing a cycle, the Area Office may generate a new cycle using the SST software.

The Area Office must inspect (open an inspection) all the establishments in a cycle before inspecting any establishments in a new cycle.  However, OSHA Instruction CPL 02-00-025, *Scheduling System for Programmed Inspections* (1/4/1995), paragraph B.1.b(1)(e)1, lists permissible carryovers from one cycle to another cycle.  In addition, when this Notice expires, the Area Office must complete any cycle begun but not yet completed even if the inspections for the remaining establishments are opened after the expiration date.

C.    Use of SST Software

5

Each Area Office must use the "Create" function of the SST web-based application to create cycles from the SST inspections lists, and also use the application to update the inspection lists to enter deletions and inspections conducted. Area Offices shall not create cycles manually.

D.   Worksite Clarification

As part of the pre-inspection process, the Area Office shall verify proper targeting. If the worksite is not subject to the 2016 data submittal criteria, do not conduct the inspection.

Contact the Office of Statistical Analysis to correct any data discrepancies as discussed below. Report any discrepancies through the SST application.

1.   Industries without Permanent Workplaces

For industries like NAICS Code 561730, Landscaping Services, which do not have permanent workplaces, the establishment list will normally only identify the employer's central office. The Area Office will, so far as possible (e.g., by visiting the central office), determine active worksites based on the type of work scheduled for each site and the length of time remaining to complete the work at the sites.

2.   Office-Only Sites

The SST is not intended to include establishments that are only office environments. Therefore, if a CSHO arrives at an establishment and discovers that there is only an office at the site, the CSHO should determine to what site or sites the OSHA Form 300A data applies. If the Form 300A data includes data for a site (or sites) in addition to an office, then inspect that site (or one of the sites) if it is within the Area Office's jurisdiction.

NOTE: Recordkeeping rule §1904.30 requires an employer to keep a separate OSHA 300 Log for each establishment that the employer expects to be in operation for one year or longer.

E.   Deferrals

1.   OSHA On-Site Consultation Program

6

If an establishment is an approved participant in the Pre-Safety and Health Achievement Recognition Program (SHARP), it may be granted a deferral from OSHA programmed inspections.

If an On-Site Consultation visit is "in progress" at an establishment it will take priority over OSHA programmed inspections. An On-Site Consultation visit will be considered "in progress" in relation to the working conditions, hazards, or situations covered by the visit from the beginning of the opening conference through the end of the correction due dates and any extensions thereof (29 CFR 1908.7(b)(1)).

If an establishment has requested an initial full-service comprehensive consultation visit for safety and health from an On-Site Consultation program and that visit has been scheduled by the On-Site Consultation program, a programmed inspection may be deferred for 90 calendar days from the date of the notification by the On-Site Consultation program to the Regional Office. No extension of the deferral beyond 90 calendar days is possible unless the consultation visit is "in progress." OSHA may, however, in exercising its authority to schedule inspections, assign a lower priority to worksites where consultation visits are scheduled (Field Operations Manual, CPL-02-00-160, Section VI.G.2.c).

2.    Voluntary Protection Programs (VPP) Applicants

When the Area Director receives notification from the VPP Manager that a VPP on-site review has been scheduled, the Area Director will remove the applicant from any programmed inspection list for a period of up to 75 days prior to the scheduled on-site review. The Area Director will also remove the Applicant workplace from any programmed inspection list for the duration of VPP participation, unless the site chooses otherwise (see paragraph XII.C., Deletions – VPP or SHARP). See *Federal Register* (65 FR 45650), which is also referenced earlier in paragraph III.D.

F.    Inspection Priority

While normally the priority for Area Offices is to conduct unprogrammed inspections, this Notice adds the following procedures:

1.    Area Offices that have started but not completed a cycle of inspections from the SST-16 plan must normally complete that cycle before moving to inspections under a subsequent SST plan. See CPL 02-00-025, *Scheduling System for Programmed Inspections*, at paragraph B.1.b.(1)(e)1 for permissible carryovers from one cycle to another cycle.

7

2.   An Area Office must inspect all establishments on the SST Inspection List unless, in view of resource considerations, such as agency emphasis programs, the Regional Administrator authorizes the Area Director to conduct a smaller number of inspections from the list. Such authorization will normally require the Area Office to complete all inspections in the current cycle. The Regional Administrators will submit their yearly targets in the annual performance plan which states how many SST inspections the Region shall conduct.

3.   All Federal OSHA offices having jurisdiction over sites in State Plan States are expected to inspect all establishments on their inspection lists (i.e., U.S. Post Offices, ship and boat building and repairing sites) over which Federal OSHA has coverage. With regard to establishments in NAICS 3366, Ship and Boat Building, Federal OSHA and the State Plan must coordinate to determine whether the State Plan, Federal OSHA, or both have jurisdiction over the establishment.

4.   Area Offices will continue to conduct other programmed inspections under NEPs, REPs, LEPs, or other initiatives as the Area Office and Regional goals dictate.

## XII.   Deletions

Area Offices will be responsible for making appropriate deletions, as stated below, from the inspection cycle. Deletions will also include those establishments, such as those no longer in business, in accordance with CPL 02-00-025, *Scheduling System for Programmed Inspections*, at B.1.b.(1)(b)6.d.

Deletion criteria for Previous Inspections, Public Sector Employers, VPP, or SHARP establishments may be applied to establishments either before or after creating a cycle.

### A.   Previous Inspections

Delete an establishment from the inspection list if it has received a comprehensive safety or health inspection within 36 months of the creation of the current inspection cycle. For deletion purposes, an establishment's comprehensive inspection date is the *opening conference date* of that inspection. If the opening conference date occurred within the previous 36 months of the current SST inspection cycle, delete the establishment from the SST inspection list.

Note: Do not use criteria H# (Health inspection) and S# (Safety inspection) at B.1.b.(1)(b)6.d. of CPL 02-00-025, *Scheduling System for Programmed Inspections*.

8

The SST software tracks the opening conference date entered for establishments deleted for the above listed reason (previous comprehensive inspection). Once the 36-month period passes, the software will make that establishment available again for selection.

*NOTE: Do not delete SVEP establishments or establishments related to an SVEP case. These establishments are not entitled to an inspection deferral.*

B.   Public Sector Employers

Delete any public sector employers (i.e., federal, state, or local government) on the inspection lists.

NOTE: The OSH Act was amended in 1998 to consider the U.S. Postal Service a private sector employer.

C.   VPP and SHARP

1.   If an establishment is an approved participant in OSHA's Voluntary Protection Programs (VPP), delete it from the inspection lists.

2.   If an establishment is an approved participant in SHARP, delete it from the inspection lists (29 CFR 1908.7(b)(4)(i)(B)).

XIII.   Inspection Procedures

A.   Scope

SST inspections shall be comprehensive in scope. An Area Director may open an inspection conducted under this program as either a comprehensive safety or health inspection, based on the Area Office's knowledge of the workplace characteristics. In addition, if the site has been inspected previously, the Area Director may expand the inspection to cover both health and safety hazards based on that prior inspection history. The Area Director must fully explain and document the rationale for the expanded inspection.

B.   Verify NAICS

9

At the opening conference, verify the establishment's NAICS code. As needed, establish activities occurring at the workplace before determining the appropriate NAICS code.

C.   Citations

Citations for violations and corresponding proposed penalties shall be made in accordance with the FOM (OSHA Instruction CPL 02-00-160), and other pertinent policy and procedure documents.

D.   Recordkeeping Violations

When conducting an inspection of Non-Responder employers. CSHOs must follow the guidance listed in OSHA's *Interim Enforcement Procedures for Failure to Submit Electronic Illness and Injury Records under 29 CFR 1904.41(a)(1) and (a)(2)*, February 21, 2018, for citing failure to submit violations.

E.   Collection and Review of Illness and Injury Data

During inspections under this Notice, CSHOs will review the OSHA 300 Logs for CY 2016, 2017, and 2018 to date. Refer to the FOM. Chapter 3, Section VI, *Review of Records* for further guidance on review of injury and illness data.

XIV.   Relationship to Other Programs

A.   Unprogrammed Inspections

Conduct unprogrammed inspections according to OSHA's FOM or other pertinent policy and procedure documents. If an unprogrammed event (e.g., complaint, fatality, or referrals) occurs at an establishment that is also slated for inspection under this SST program, the two inspections may be conducted either concurrently or separately. See paragraph XV.B.

B.   Emphasis Programs

Some establishments may be selected for inspection under the SST program and also under one or more other OSHA initiatives (emphasis programs). Inspection programs based on specific hazards (such as combustible dust or lead) or specific industries (such as logging, scrapyards, shipbreaking, or petroleum refineries) can run concurrently with the SST program.

Whenever an establishment is scheduled for inspection based on the current cycles of both the SST and another emphasis program, both inspections may be

10

scheduled at the same time. CSHOs will apply all applicable OIS codes to the inspection. See paragraph XV.C.

XV.   Recording and Tracking

OSHA inspections conducted in response to this directive, shall be coded in OIS as described in this section. All consultation activities (Request, Visit, and Compliance Assistance) conducted by On-Site Consultation programs in relation to this directive shall also be coded in OIS as described in this section.

A.   SST-Only Inspections

The inspection must be coded as programmed planned in OIS. Record the value **SSTARG16** as the primary code in the NEP section.

B.   SST Combined with Unprogrammed Inspections

For all unprogrammed inspections conducted in conjunction with an SST inspection, code the inspection type as unprogrammed in OIS. Add a secondary inspection type for programmed and record the value **SSTARG16** in the NEP section.

NOTE: Inspections opened as referrals are unprogrammed. However, these inspections must also record the value **SSTARG16** in the NEP section.

C.   SST Combined with Emphasis Program Inspections

For all emphasis program inspections such as NEPs, REPs, and LEPs conducted in conjunction with an SST inspection, mark the inspection as "programmed planned" in OIS. In addition, record the value **SSTARG16** as the primary code in the NEP section, and list all other applicable NEP and LEP codes as secondary.

D.   SST Combined with Unprogrammed and Other Programmed Inspections

If an SST inspection is combined with an unprogrammed (e.g., complaint) inspection and a programmed inspection, such as an NEP or LEP, code the inspection type as unprogrammed with a secondary inspection type of programmed. Record the value **SSTARG16** as the primary code in the NEP section, along with any other applicable NEP or LEP codes as secondary.

E.   Strategic Management Plan

11

Enter all applicable Strategic Management Plan hazard/industry codes in OIS under Strategic Plan Activity (e.g., amputations, ergonomics, lead, silica).